**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: SHAWN K. KEANE                §    Case No. 09-72452
       MICHELLE M. KEANE              §
                                      §
                                      §
           Debtors                    §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/15/2009.

2) The plan was confirmed on 12/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/15/2010.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,625.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,274.69 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,274.69 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 23.28 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 529.74 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 553.02 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY CONRAD J KNUTH | Lgl | 3,500.00 | 3,520.00 | 3,520.00 | 23.28 | 0.00 |
| CITIZENS FINANCE | Sec | 6,726.32 | 6,726.32 | 6,726.32 | 2,045.07 | 1,163.61 |
| CITIZENS FINANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST GATEWAY CREDIT UNION | Sec | 3,750.00 | 4,084.20 | 3,750.00 | 3,512.99 | 0.00 |
| FIRST GATEWAY CREDIT UNION | Uns | 550.00 | 0.00 | 334.20 | 0.00 | 0.00 |
| MILLER LANCASTER WALKER & | Sec | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MILLER LANCASTER WALKER & | Uns | 1,926.38 | 2,350.79 | 2,350.79 | 0.00 | 0.00 |
| AFFINITY CREDIT SERVICES | Uns | 700.00 | 1,540.63 | 1,540.63 | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Uns | 306.86 | NA | NA | 0.00 | 0.00 |
| BRAATEN HEALTH LLC | Uns | 149.50 | NA | NA | 0.00 | 0.00 |
| CENTRIX FINANCIAL | Uns | 7,248.88 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CTR | Uns | 741.99 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CTR | Uns | 2,345.00 | 4,276.99 | 4,276.99 | 0.00 | 0.00 |
| CHARLES ADAMS | Uns | 3,421.12 | NA | NA | 0.00 | 0.00 |
| CHIROPRACTIC SOLUTIONS | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| CLINTON DENTAL ASSOCIATES PC | Uns | 88.74 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 239.00 | 239.00 | 239.00 | 0.00 | 0.00 |
| CREDIT BUREAU ENTERPRISES | Uns | 219.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT BUREAU OF ROCHESTER | Uns | 108.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF ROCHESTER | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| ELK RIVER COLLECTIONS & | Uns | 894.86 | NA | NA | 0.00 | 0.00 |
| EZ MONEY OF ILLINOIS INC | Uns | 417.98 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 851.87 | 867.27 | 867.27 | 0.00 | 0.00 |
| GATEWAY MEDICAL IMAGING PC | Uns | 13.65 | NA | NA | 0.00 | 0.00 |
| GATEWAY MEDICAL IMAGING PC | Uns | 219.33 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 11.20 | 25.60 | 25.60 | 0.00 | 0.00 |
| GATEWAY PATHOLOGY ASSOC | Uns | 14.40 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Uns | 1,190.00 | NA | NA | 0.00 | 0.00 |
| HELVEY & ASSOCIATES INC | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| HOMETOWN CASH ADVANCE | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| KEN NELSON AUTO MALL | Uns | 4,402.77 | NA | NA | 0.00 | 0.00 |
| MEDICAL ASSOC PLC | Uns | 442.29 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 1,356.00 | 1,427.00 | 1,427.00 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 70.77 | 11,143.91 | 11,143.91 | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSP | Uns | 740.39 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSP | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSP | Uns | 111.85 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSPITAL | Uns | 83.30 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSPITAL | Uns | 2,065.05 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 287.00 | NA | NA | 0.00 | 0.00 |
| PASKIN & OBERWETTER LAW | Uns | 822.82 | 690.00 | 690.00 | 0.00 | 0.00 |
| OH D.O., DR. HENRY | Uns | 44.45 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL BUREAU OF | Uns | 133.52 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Uns | 1,153.65 | 1,338.71 | 1,338.71 | 0.00 | 0.00 |
| MEDICAL ASSOC OF CLINTON | Uns | 452.00 | 452.16 | 452.16 | 0.00 | 0.00 |
| QUAD CORP | Uns | 646.00 | NA | NA | 0.00 | 0.00 |
| QUALITY SURGICENTER LLC | Uns | 583.90 | NA | NA | 0.00 | 0.00 |
| WILLIAM R. SHIRK ATTORNEY | Uns | 1,457.00 | 1,643.51 | 1,643.51 | 0.00 | 0.00 |
| STERLING CUSD #5 | Uns | 35.15 | NA | NA | 0.00 | 0.00 |
| STERLING CUSD #5 | Uns | 323.49 | NA | NA | 0.00 | 0.00 |
| STERLING DENTAL GROUP | Uns | 6.83 | NA | NA | 0.00 | 0.00 |
| STERLING ROCK FALLS CLINIC LTD | Uns | 4.00 | NA | NA | 0.00 | 0.00 |
| STERLING ROCK FALLS CLINIC LTD | Uns | 924.89 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TITLE CASH | Uns | 350.00 | 752.33 | 752.33 | 0.00 | 0.00 |
| US BANK | Uns | 894.86 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION | Uns | 378.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON ELEMENTARY | Uns | 409.70 | NA | NA | 0.00 | 0.00 |
| IVAN SCHMIDT | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| CHARLES ADAMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 378.69 | 378.69 | 0.00 | 0.00 |
| THE NATIONAL BANK | Uns | 0.00 | 781.04 | 781.04 | 0.00 | 0.00 |
| ABA | Uns | 0.00 | 288.33 | 288.33 | 0.00 | 0.00 |
| ABA | Uns | 0.00 | 91.99 | 91.99 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,476.32 | $ 5,558.06 | $ 1,163.61 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,476.32 | $ 5,558.06 | $ 1,163.61 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,622.15 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 553.02 |
| Disbursements to Creditors | $ 6,721.67 |
| **TOTAL DISBURSEMENTS:** | $ 7,274.69 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/19/2011            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)